## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| **EBLAL ZAKZOK**, | ) |
| *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 17-CV-2969 |
| | ) Judge Chuang |
| v. | ) Consolidated with |
| **DONALD J. TRUMP**, | ) Cases Nos. 17-CV-361, 17-CV-2921 |
| in his official capacity as President | ) |
| of the United States, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Justin Sadowsky provides notice that he is entering his appearance for the

*Zakzok* Plaintiffs.

August 21, 2019                            Respectfully submitted,

                                           /s/ Justin Sadowsky
                                           Justin Sadowsky (D. Md. Bar # 20128)
                                           CAIR LEGAL DEFENSE FUND
                                           453 New Jersey Ave
                                           Washington, DC 20003
                                           (202) 742-6440
                                           jsadowsky@cair.com